# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Patricia Bumgarner, | Case No. 2:25-cv-01256-CDS-BNW |
| Plaintiff | **Order Directing Parties to File a Joint Status Report or Dismissal** |
| v. | |
| Walmart, Inc., | |
| Defendant | |

In October, the parties reached a settlement of plaintiff Patricia Bumgarner's claims. Notice, ECF No. 13. In turn, they were ordered to file a stipulation of dismissal or joint status report by November 14, 2025. Min. order, ECF No. 14. That deadline passed without the parties filing a stipulation, a joint status report, or otherwise responding.

It is therefore ordered that a joint status report addressing settlement, or a stipulation of dismissal, must be filed by November 25, 2025.

Dated: November 18, 2025

_____
Cristina D. Silva
United States District Judge